**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NIBSOR FERREIRA VELASQUEZ<br><br>Petitioner,<br><br>v.<br><br>David WESLING, Field Office Director, DAVID VENTURELLA, Acting Director U.S. Immigrations and Customs Enforcement, MARKWAYNE MULLIN, U.S. Secretary of Homeland Security, TODD BLANCHE, Acting U.S. Attorney General<br><br>Respondents. | Case No. 1:26-cv-14316<br><br>**PETITIONER's MOTION TO WITHDRAW PETITION** |

Now comes the Petitioner, Nibsor Ferreira Velasquez, and moves to withdraw his petition.

As grounds therefore, Mr. Ferreira Velasquez was provided a bond hearing, after which he was found to be a flight risk and was not given bond. Rather than seek further relief, the petitioner intends to request voluntary departure and leave the country as soon as possible. In order to do so, he may not have a petition for habeas corpus pending.

The petitioner requests that this Court allow this motion to withdraw the petition.

Nibsor Ferreira Velasquez
by his attorney,

*/s/ Alyssa Hackett*
Alyssa Hackett 676880

Peachy Hackett & Sunderland LLP
88 Broad Street, Suite 101
Boston, MA 02110 617-302-8466
ahackett@phsllp.com

**Certificate of Service**

I, Alyssa Hackett hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: November 17, 2026

*/s/ Alyssa Hackett*
Alyssa Hackett