**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Nibsor Ferreira Velasquez
Petitioner

CIVIL ACTION

V.

NO. 1:26-cv-14316-ADB

David Wesling et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated November 17, 2026, GRANTING Petitioner’s Motion to Withdraw Petition, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

November 17, 2026
Date

/s/Caetlin McManus
Deputy Clerk